Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD and REAGAN SELMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA ROSAURA SERNA (DOB xx/xx/1946), individually, LAURA QUINTANA, individually, FRANCISCO J. SERNA, individually, RUBIA ROSAURA SERNA (DOB xx/xx/1965), individually, JESUS SERNA, individually, and ROGELIO SERNA, individually, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF BAKERSFIELD, REAGAN SELMAN, individually, and DOES 1-100, inclusive, <br><br> Defendants. | Case No. 1:17-CV-01290-LJO-JLT <br><br> **STIPULATION TO MODIFY THE SCHEDULING ORDER [DKT. NO. 10]; [PROPOSED] ORDER THEREON (Doc. 22)** |

## RECITALS

1. WHEREAS, on December 22, 2017, this Court issued its Scheduling Order [Dkt. No. 10] setting the Settlement Conference for May 6, 2019 at 10 a.m. before The Honorable Jennifer L. Thurston;

2. WHEREAS, Defendants' counsel is scheduled to begin a two week trial in the case of *Valderrama, et al. v. Beautologie Cosmetic Surgery Inc., et al.*, Kern County Superior Court Case No. BCV-17-101520 on April 29, 2019, and are therefore unavailable for the Settlement Conference as scheduled.

3. WHEREAS, the requested extension will not in any way affect the Pretrial Conference date of June 5, 2019 or the Trial date of July 30, 2019.

## STIPULATION

IT IS HEREBY STIPULATED by and between the Parties hereto through their respect attorneys of record that the Settlement Conference be continued to May 24, 2019 or May 28, 2019.

H

Dated: April 22, 2019             LAW OFFICES OF ARA JABAGCHOURIAN

                                      */s/ Ara Jabagchourian*
By:_____
      Ara Jabagchourian
      Attorneys for Plaintiffs above-named.

Dated: April 22, 2019             LAZARO SALAZAR LAW, INC.

                                      */s/ Lazaro Salazar*
By:_____
      Lazaro Salazar,
      Attorneys for Plaintiffs above-named.

Dated: April 22, 2019.            MARDEROSIAN & COHEN

                                      */s/ Michael G. Marderosian*
By:_____
      Michael G. Marderosian,
      Attorneys for Defendants above-named.

**ORDER**

Pursuant to the Stipulation of the parties and good cause appearing therefor, IT IS HEREBY ORDERED that the Settlement Conference scheduled for May 6, 2019 is hereby continued to May 28 2019, at 1:15 p.m. before The Honorable Jennifer L. Thurston at 510 19th Street, Bakersfield, California. The parties SHALL lodge their settlement conference statements no later than May 21, 2019.

IT IS SO ORDERED.

Dated: **April 22, 2019**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE