Michael G. Marderosian, No. 077296
Heather S. Cohen, No. 263093
MARDEROSIAN & COHEN
1260 Fulton Street
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD and REAGAN SELMAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA ROSAURA SERNA<br>(DOB xx/xx/1946), individually,<br>LAURA QUINTANA, individually,<br>FRANCISCO J. SERNA, individually,<br>RUBIA ROSAURA SERNA<br>(DOB xx/xx/1965), individually,<br>JESUS SERNA, individually, and<br>ROGELIO SERNA, individually,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD,<br>REAGAN SELMAN, individually and<br>DOES 1 to 100, inclusive,<br><br>        Defendants. | Case No. 1:17-CV-01290-LJO-JLT<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL DEADLINES AND HEARINGS** |

The Parties hereto, through their respective attorneys of record, respectfully notify the Court that they have resolved the above-captioned matter. As such, the Parties respectfully request that the Court vacate the Pretrial Conference currently scheduled for July 19, 2019 and all associated dates and deadlines. The Parties will file a Stipulated Dismissal of the entire action, with prejudice, within ten (10) to fifteen (15) days.

| | | |
|---|---|---|
| 1 | Dated: July 18, 2019 | MARDEROSIAN & COHEN |
| 2 | | |
| 3 | | By: */s/ Michael G. Marderosian* |
| 4 | | Michael G. Marderosian, Attorney for Defendants above-named. |
| 5 | Dated: July 18, 2019 | LAW OFFICE OF ARA JABAGCHOURIAN |
| 6 | | |
| 7 | | By: */s/ Ara Jabagchourian* |
| 8 | | Ara Jabagchourian, Attorney for Plaintiff |
| 9 | Dated: July 18, 2019 | LAZARO SALAZAR LAW, INC. |
| 10 | | |
| 11 | | By: */s/ Lazaro Salazar* |
| 12 | | Lazaro Salazar, Attorney for Plaintiff |