# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA ROSAURA SERNA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF BAKERSFIELD, et al., <br><br> Defendants. | Case No.: 1:17-cv-01290 LJO JLT <br><br> ORDER AFTER NOTICE OF SETTLEMENT |

The parties report they have resolved the matter. (Doc. 30) They indicate they will seek dismissal of the action soon. <u>Id</u>. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **<u>no later than August 16, 2019</u>**;
2. All pending dates, conferences and hearings, including the pretrial conference and the trial, are **VACATED**.

**<u>The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.</u>**

IT IS SO ORDERED.

Dated: **July 18, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE