# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBIA ROSAURA SERNA (DOB xx/xx/1946), LAURA QUINTANA, FRANCISCO J. SERNA, RUBIA ROSAURA SERNA (DOB xx/xx/1965), JESUS SERNA, and ROGELIO SERNA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF BAKERSFIELD and REAGAN SELMAN,<br><br>Defendants. | Case No.: 1:17-cv-1290 LJO JLT<br><br>ORDER DIRECTING THE CLERK TO CLOSE THE ACTION<br><br>(Doc. 32) |

On July 24, 2019, the parties filed a stipulation indicating the above-captioned action is "dismissed in its entirety with prejudice." (Doc. 32 at 2) Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared." Because all parties signed the stipulation, it automatically terminate[d] the action. *Id.*; *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, based upon the stipulation of the parties, the Clerk of Court is **DIRECTED** to close this action.

IT IS SO ORDERED.

Dated: __**July 28, 2019**__         __**/s/ Jennifer L. Thurston**__
UNITED STATES MAGISTRATE JUDGE